THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM H. CHAPMAN, *Respondent, v.* HENRY P. MARION and others,

*Assessors, etc.,* *Appellants.* — Action affirmed, without costs. Opinion by BOCKES, J.